**In the Matter of KEVIN P.**

**No. 82–231–M.P.**

Supreme Court of Rhode Island.

May 28, 1982.

William F. Reilly, Public Defender, Steven M. Placella, Asst. Public Defender, for petitioner.

 

Dennis J. Roberts, II, Atty. Gen., Frederick C. B. Smyth, Sp. Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.